**19TH JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

**NUMBER: __________** **SECTION:_________**

**NIROBE JEFFERSON**

**VERSUS**

**CVS HEALTH SOLUTIONS LLC AND CVS PHARMACY, INC.**

**************************************************************************

**PETITION FOR DAMAGES**

The petition of Nirobe Jefferson, a major and competent resident of the Parish of East Baton Rouge, State of Louisiana, respectfully represents the following:

1.

Made defendants herein are CVS Health Solutions LLC, a foreign corporation licensed to do and doing business in the Parish of East Baton Rouge, State of Louisiana, and CVS Pharmacy, Inc., a foreign corporation licensed to do and doing business in the Parish of East Baton Rouge, State of Louisiana

2.

Defendants are justly and truly indebted unto your Petitioner for personal injuries your Petitioner sustained as the result of a premises liability accident which occurred on the premises of defendants' store located at 9326 Burbank Dr. in Baton Rouge, Louisiana 70820 on February 24, 2025, for the following reasons to wit:

3.

On or about February 24, 2025, your Petitioner a patron of the defendants CVS store located at the aforementioned premises, 9326 Burbank Dr., Baton Rouge, Louisiana 70820, when suddenly and without warning, your Petitioner was presented with an unreasonably hazardous condition which the defendants either knew or should have known existed on the premises, in for form of large metal screws sticking out of the ground near a yellow pole, on the defendants' premises and in the parking lot of where patrons of the store park, which was an unreasonably hazardous condition was not marked by warning signs, cones, or tape, and which unreasonably hazardous condition caused your Petitioner to herein to trip and fall to the ground of the premises,

EXHIBIT A

causing your Petitioner herein to sustain personal injuries and lost wages forming the subject matter of this lawsuit.

4.

Petitioner shows that as the result of the aforementioned accident, she sustained personal injuries to her head, face, chest, neck, back, arms, legs, hands, feet and/or body as a whole which injuries have caused her to incur medical expenses and lost wages, which are claimed as special damages herein.

5.

Petitioner further shows that the proximate cause of the aforementioned accident was the negligence of defendants, through the actions or inactions of its employee(s), in the following particulars:

a.) Failure to maintain an unreasonably hazardous condition on defendant's premises, by allowing the hazardous screws to accumulate and remain in a heavily traveled area;

b.) Failure to inspect the premises properly to note the hazardous condition;

c.) Failure to fix the unreasonably hazardous condition created by presence of unmarked screws sticking out of the ground of the aforementioned premises;

f.) Failure to warn customers/patrons, such as your Petitioner, of the dangerous area in the parking lot;

g.) Failure to post warning signs, tape, or cones around the unreasonably hazardous condition;

h.) Negligent hiring, supervision, and training of employees; and

i.) Any other acts of negligence that may be proven at the trial of this matter.

6.

Petitioner further shows that the Louisiana doctrine of Respondent Superior is applicable herein making defendants herein vicariously liable unto your Petitioner for the actions and/or inactions of its employee(s), and subject to a direct action against them, in accordance with Louisiana laws regarding vicarious liability of employers for employees.

7.

Petitioner thus shows that she is entitled to recover from the defendants, jointly and/or *in solido*, the following non-exclusive elements of personal injury damages suffered by her: pain, suffering, grief, mental anguish, medical expenses past and future, lost wages, impairment of income earning capacity, loss of enjoyment of life, residential disability, and any and all other

elements of personal injury damages suffered by Petitioner which may be proven at trial or warranted under the circumstances and premises of this lawsuit.

**WHEREFORE, PETITIONER PRAYS** that her petition be filed herein, and that defendants be served with a copy of same and cited to appear and answer same, and that after due proceedings are had, there be judgment herein in favor of the Petitioner and against the defendants, jointly and/or *in solido*, for personal injury damages sustained by Petitioner which may be proven at trial and warranted under the circumstances and premises of this lawsuit, plus all costs of these proceedings, including expert witness fees, and legal interest from date of judicial demand until paid.

**PETITIONER FURTHER PRAYS** for all general and equitable relief and any and all orders of the Court necessary under the circumstances.

**BY ATTORNEY:**

Paul B. Lambremont (#33, 583)
4550 North Boulevard, Ste. 220
Baton Rouge, LA 70806
Lambremont Law Office
Email – Paullambremont@yahoo.com
(225) 928-7524 (phone)
(225) 928-7622 (fax)
Attorney for P*laintiff*,
Nirobe Jefferson

**PLEASE SERVE DEFENDANTS:**

CVS Health Solutions LLC
Through its registered agent for service of process:
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, LA 70816

CVS Pharmacy, INC.
Through its registered agent for service of process:
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, LA 70816

**RETURN COPY**

D18760397

# CITATION

**NIROBE JEFFERSON**
**(Plaintiff)**

**VS**

**CVS HEALTH SOLUTIONS LLC, ET AL**
**(Defendant)**

**NUMBER C-775089 "25"**

**19TH JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

**TO: CVS HEALTH SOLUTIONS LLC**
**THROUGH ITS AGENT:**
**CT CORPORATION SYSTEM**
**3867 PLAZA TOWER DRIVE**
**BATON ROUGE, LA 70816**

GREETINGS:

Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party. Please read the petition for information concerning any claims that may have been asserted against you.

Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:

1. **21 DAYS** of the date you were served with the petition; **OR**
2. **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court. This citation was issued by the Clerk of Court for East Baton Rouge Parish on **MARCH 5, 2026.**

SEAL OF THE CLERK OF THE PARISH OF EAST BATON ROUGE LA

[signature]

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: LAMBREMONT, PAUL B.**
*The following documents are attached:

**PETITION**

**SERVICE INFORMATION:**

Received on the _____ day of _______________, 20____ and on the ________ day of _______________, 20______, served on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at ____________________________________.

**DOMICILIARY SERVICE:** On the within named ______________________________, by leaving the same at his domicile in this parish in the hands of ____________________, a person of suitable age and discretion residing in the said domicile at ______________________

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to ______________________

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named ______________________ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _________ day of ______________, 20_____

SERVICE:$__________
MILEAGE$__________
TOTAL: $__________

______________________________
Deputy Sheriff
Parish of East Baton Rouge

**CITATION-2000**

I made service on the named party through law enforcement officer through
☑ CT Corp
☐ LA Corp & Registered Agent Services
MAR 11 2026
by tendering a copy of this document to
☐ Abby Sarmiento
☐ Ashley Minvielle
☑ Bailea Fucich
☐ Allison Reed
DEPUTY BRYAN SIMMONS
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

RECEIVED
aton Rouge Sheriff Office
MAR 09 2026

**RETURN COPY**

D18760405

# CITATION

**NIROBE JEFFERSON**
**(Plaintiff)**

**VS**

**CVS HEALTH SOLUTIONS LLC, ET AL**
**(Defendant)**

**NUMBER C-775089 "25"**

**19TH JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

**TO: CVS PHARMACY, INC.**
**THROUGH ITS AGENT:**
**CT CORPORATION SYSTEM**
**3867 PLAZA TOWER DRIVE**
**BATON ROUGE, LA 70816**

GREETINGS:

Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party. Please read the petition for information concerning any claims that may have been asserted against you.

Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:

1. **21 DAYS** of the date you were served with the petition; **OR**
2. **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court. This citation was issued by the Clerk of Court for East Baton Rouge Parish on **MARCH 5, 2026.**

SEAL OF THE CLERK OF THE PARISH OF EAST BATON ROUGE, LA

[signature]

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: LAMBREMONT, PAUL B.**
*The following documents are attached:

**PETITION**

**SERVICE INFORMATION:**

Received on the _____ day of _______________, 20____ and on the ________ day of _______________, 20______, served on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at ________________________________.

**DOMICILIARY SERVICE:** On the within named ____________________________, by leaving the same at his domicile in this parish in the hands of ____________________, a person of suitable age and discretion residing in the said domicile at ________________________.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to ________________________.

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named ____________ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this ________ day of ______________, 20_____.

I made service on the named party through law enforcement officer through
☒ CT Corp
☐ LA Corp & Registered Agent Services
830 MAR 11 2026
by tendering a copy of this document to
☐ Abby Sarmiento
☐ Ashley Minvielle
☒ Bailea Fusich
☐ Allison Reed
DEPUTY BRYAN SIMMONS
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

SERVICE: $__________
MILEAGE $__________
TOTAL: $__________

____________________
Deputy Sheriff
Parish of East Baton Rouge

**CITATION-2000**

RECEIVED
East Baton Rouge Sheriff Office
MAR 09 2026